Hermes Salcedo-Pena
Reg. No. 19341-069
FCC-Medium (B-2)
P.O. Box 1032
Coleman, FL 33521-1032


Clerk of Court
U.S. District Court
150 Carlos Chardon Avenue
San Juan, PR 00918


April 26, 2007

RE:  Case No. 99-CR-306-03(PG)
     Motion for Amended Judgment Nunc Pro Tunc

Dear Clerk:

   On January 11, 2007, I filed with this court a Motion for an Amended Judgment pursuant to 18 U.S.C. §3584(a)(b) and U.S.S.G. §5G1.3(b)(1)(2).

   As of this date, I have not heard anything from the court in regards to this motion. I would like to know the status of my motion.

   Please send me any information you have pertaining to this motion.

   Thank you for your time and assistance.

Sincerely, *Hermes Salcedo Pena*


HERMES SALCEDO-PENA