Hermes Salcedo-Pena
Reg. No. 19341-069
FCC-Medium (B-2)
P.O. Box 1032
Coleman, FL 33521-1032

Clerk of Court
U.S. District Court
150 Carlos Chardon Avenue
San Juan, PR 00918

July 26, 2007

RE: Case No. 99-CR-306-03(PG)

Dear Clerk:

    On January 11, 2007, I filed a Motion for an Amended Judgment pursuant to 18 U.S.C. §3584(a)(b) and U.S.S.G. §5G1.3(b)(1)(2).

    On April 26, 2007, after not hearing anything from the court in regards to this motion, I sent a letter to you requesting the status of my motion. It has now been two months since mailing that letter, and I have still not heard from you regarding my motion.

    I understand that you are busy, but surely you can find the time to send me a short letter and tell me the status of my motion.

    Thank you for your time and assistance in this matter.

Sincerely, *Hermes Salcedo Pena*

HERMES SALCEDO-PENA
DEFENDANT/PRO SE