

Hermes Salcedo-Pena #19341-069
Federal Correctional Complex-Medium
P.O. Box 1032 (B-2)
Coleman, FL 33521-1032

Clerk of Court
U.S. District Court
150 Carlos Chardon Avenue
San Juan, PR 00918